172 So.2d 701

**Anthony VOISIN et al.**

v.

**Whitney LUKE et al.**

No. 47682.

March 29, 1965.

In re: Whitney Luke et al. applying for writs of certiorari, mandamus and prohibition. 151 So.2d 99.

The application is not properly before this court and therefore denied.

172 So.2d 701

**STATE of Louisiana**

v.

**Snelling J. ARMAND, Jr.**

No. 47683.

March 29, 1965.

In re: Snelling J. Armand, Jr., applying for writs of certiorari, prohibition and review.

Writs refused. The showing made in the application is insufficient to warrant the exercise of our supervisory jurisdiction.

172 So.2d 701

**Edith Mae BRITT**

v.

**James BROCATO and Anthony Brocato.**

No. 47677.

March 29, 1965.

In re: Edith Mae Britt applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 516.

Writ refused. The judgment is correct.

SANDERS, J., is of the opinion that under Article VII, Section 11, Louisiana Constitution, LSA, a writ should be granted as a matter of right because of a conflict in the jurisprudence on this important question affecting the LSA Code of Civil Procedure. Compare Thompson v. Bamburg, 231 La. 1082, 93 So.2d 666 and Lafayette v. Farr, 162 La. 385, 110 So. 624, *with* Elliott v. Heard, 217 La. 218, 46 So.2d 249; Bordes v. Bank of St. Bernard, 141 La. 144, 74 So. 884; Esparros v. Vicknair, 191 La. 193, 184 So. 745; and Young v. Daire, La.App. 3 Cir., 157 So.2d 353 (1963).